**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                               **CASE NO. 3:16-bk-02941-JAF**
**JAMES BENNY EDWARDS, JR.**         **CHAPTER 13**
**AKA JAMES B. EDWARDS**

     **Debtor.**

_____/

## MOTION TO VACATE MODIFICATION MEDIATION ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1**, by and through the undersigned counsel, and hereby moves to vacate the *Mortgage Modification Mediation Order* [**D.E. 12**] entered on March 10, 2016, and in support states as follows:

1. On August 11, 2016 the Debtor filed *a Motion for Referral to Mortgage Modification Mediation* ("Motion") [**D.E. 11**].

2. On August 12, 2016 the *Mortgage Modification Mediation Order* [**D.E. 12**] (the "Order") was signed and entered for the property which serves as collateral for Movant's loan.

3. On August 16, 2016, the undersigned law firm was retained to handle the Mediation.

4. To date, sixty six (66) days have elapsed since the Order was entered.

5. The undersigned firm has, in good faith, attempted to participate in the Mediation process with the Debtor; however, the Debtor has failed to provide the creditor

ALAW M#16-019415

with any documents in connection to a review for modification nor has the debtor

registered in the DMM Portal or cooperated with the creditor in an attempt to

schedule a mediation conference.

6. The Debtor has failed to comply with the requirements of the Mediation process,

because no documents have been received from the Debtor and no mediation

conference has been scheduled, therefore the Order should be vacated.

WHEREFORE, **Creditor** respectfully prays that the Court:

A. Grant its Motion to Vacate the Mortgage Modification Mediation Order;

B. Bar the Debtor from moving for another Mortgage Modification

Mediation, in this bankruptcy case;

C. Award Creditor reasonable attorney's fees and costs for the necessity of

this motion, and

D. Grant any other further relief that this Court deems just and appropriate.

Respectfully submitted,

 /s/ Ella Roberts_____ _____

Ella Roberts, Esq.
FBN 0075943
813-221-4743
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW M#16-019415

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2016, I served a copy of the foregoing upon:


**SERVICE LIST**

James Benny Edwards, Jr.
5618 Ortega Park Blvd.
Jacksonville, FL 32244

Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, FL 32211

Douglas W. Neway
P O Box 4308
Jacksonville, FL 32201


    /s/ Ella Roberts_
Ella Roberts, Esq.
FBN 0075943
813-221-4743
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW M#16-019415